IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-41483 |
| STEVEN C EATON A/K/A STEVE EATON | |
| DEBTOR(S) | CHAPTER 13 |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AGAINST PROPERTY 6112 IVY GLEN DR, ARLINGTON, TX 76017
### (Docket no. 40)

| | |
|---|---|
| **BANKRUPTCY CASE NO.** | 18-41483 |
| **DEBTOR** | STEVEN C EATON A/K/A STEVE EATON |
| **HEARING DATE** | May 10, 2022 |
| **TIME** | 9:30 AM |
| **LOCATION** | Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 |

Respectfully Submitted,

/s/ Grant M. Tabor
Grant M. Tabor 24027905
H. Gray Burks IV 03418320
Law Office of Gerald M. Shapiro, LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
(713) 462-2565
Attorneys for Movant
20-035610

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of April, 2022, a copy of the foregoing Notice of Hearing was served upon the following parties via electronic delivery or by deposit in the United States Mail as listed below.

<u>Via CM/ECF Electronic Notice</u>

Warren V. Norred, Norred Law, PLLC
515 E. Border St.
Arlington, TX 76010

Pam Bassel
7001 Blvd 26
Suite 150
North Richland Hills, TX 76180

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

<u>Via First Class Mail, Postage Prepaid</u>

Debtor
Steven C Eaton a/k/a Steve Eaton
6112 Ivy Glen Dr.
Arlington, TX 76017

    /s/ Grant M. Tabor
Grant M. Tabor