NORRED LAW, PLLC
Clayton L. Everett | Texas State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
(817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| **In re Steven C. Eaton,**<br><br>**Debtor** | **Case No. 18-41483-elm13**<br>**Chapter 13**<br><br>**Hearing: May 12, 2022, at 8:30 a.m.** |

### NOTICE OF HEARING ON DEBTOR'S
### MOTION TO EXCUSE DEBTOR FROM CONDUIT PROGRAM

PLEASE TAKE NOTICE that a hearing on the Debtor's *Motion to Excuse Debtor From Conduit Program* (Doc. 61) will be held on **Thursday, May 12, 2022 at 8:30a.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. Tenth Street, Room 204, Fort Worth, Texas, 76102 **via Webex information below:**

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

DATED: April 20, 2022.                    Respectfully submitted:

                                                        NORRED LAW, PLLC

                                                        By: __/s/ Clayton L. Everett____
                                                                Clayton L. Everett
                                                       Texas State Bar No. 24065212
                                                       clayton@norredlaw.com
                                                       515 E. Border Street
                                                       Arlington, Texas 76010
                                                       Telephone: (817) 704-3984
                                                       Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2022, a true and correct copy of the foregoing notice has been served on the following parties in interest either electronically or by first class U.S. Mail in compliance with Federal and Local Rules of Bankruptcy Procedure:

**Chapter 13 Trustee**
Pam Bassel
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180

**U.S. Trustee**
William T. Neary
1100 Commerce St. Room 976
Dallas, TX 75242-1699

**Nationstar Mortgage LLC DBA Mr. Cooper**
c/o Grant M. Tabor
Law Office of Gerald M. Shapiro, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040

                                                   By: /s/ Clayton L. Everett___