

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 13, 2022

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                             CASE NO.: 18-41483-ELM-13

**STEVEN C EATON**
    AKA: STEVE EATON
    6112 IVY GLEN DR
    ARLINGTON, TX 76017
    SSN/TIN: XXX-XX-8586

**DEBTOR**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED MARCH 21, 2022

    There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed March 21, 2022. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

    The Parties' stipulations or agreements resolving all disputed issues which have been incorporated into the terms of this order.

    IT IS THEREFORE ORDERED that the Modified Plan filed March 21, 2022, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification's provisions in accordance with the order of payment subject to the following conditions, if any:

New Plan Payment(s) to Trustee, Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 04/16/2022 | 2.00 | $618.00 | MONTHLY |
| 06/16/2022 | 1.00 | $872.00 | MONTHLY |
| 07/16/2022 | 33.00 | $1,500.00 | MONTHLY |
| 04/16/2025 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before: 04/16/2022.

THE PLAN BASE SHALL BE CHANGED TO $74,124.00 IN 83 MONTHS.

Pursuant to Agreed Order, modify to provide for conduit payments to Nationstar Mortgage LLC dba Mr. Cooper of $792.19 beginning 07/01/2022 and provide for 12/01/2020 - 05/01/2022 post arrears and fees of $14,132.94 pro rata. Nationstar Mortgage LLC dba Mr. Cooper ongoing payment of $792.19 for 06/01/2022 to be paid direct by debtor. Debtor is required to participate in the Conduit Program and is designated as Conduit Debtor.

All other changes proposed in the plan modification remain the same.

Attorney fees in excess of $650.00 shall not be paid unless and until a fee application has been approved by the Court.

Attorney fees for the modification in the amount of $650.00 are to be paid in the Plan.

# # # END OF ORDER # # #